**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

                          **CASE NO.: 17-14474-BKC-RBR**
                          PROCEEDING UNDER CHAPTER 13

IN RE:

HELIODORO GARCIA
XXX-XX-5434

<u>DEBTOR                              </u>/

**TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF**
**SERVICE OF COURT GENERATED NOTICE OF HEARING**

   **COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

   1.   Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

   **WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 1st day of November, 2017.

                                                         */s/ Robin R. Weiner*
                                                   ROBIN R. WEINER, ESQUIRE
                                                   STANDING CHAPTER 13 TRUSTEE
                                                   P.O. BOX 559007
                                                   FORT LAUDERDALE, FL 33355-9007
                                                   TELEPHONE: 954-382-2001
                                                   FLORIDA BAR NO.: 861154

MOTION TO DISMISS  
CASE NO.: 17-14474-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
HELIODORO GARCIA
4821 NE 4TH AVE.
FORT LAUDERDALE, FL  33334

**ATTORNEY FOR DEBTOR**
EMIL FLEYSHER, ESQUIRE
715 E. HILLSBORO BLVD
SUITE 100
DEERFIELD BEACH, FL  33441

**CREDITOR(S)**
SELENE FINANCE LP
9990 RICHMOND AVENUE
SUITE 400 SOUTH
HOUSTON, TX  77042-8500

WILMINGTON SAVINGS FUND SOCIETY, FSB
C/O MARINOSCI LAW GROUP, P.C.
100 WEST CYPRESS CREEK RD., SUITE 1045
FORT LAUDERDALE, FL  33309