```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                    Case No. 17-14474-RBR
Heliodoro Garcia                                          Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-0          User: groomsd              Page 1 of 1               Date Rcvd: Nov 20, 2017
                              Form ID: CGFD43            Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db             +Heliodoro Garcia,    4821 NE 4th Ave.,    Fort Lauderdale, FL 33334-6011
smg            +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
md             +Christian McCue,   6245 N FEDERAL HWY # 418,    FT LAUDERDALE, FL 33308-1998
cr             +Wilmington Savings Fund Society, FSB,    Marinosci Law Group, P.C.,
                 c/o Connie J. Delisser, Esq.,    100 West Cypress Creek Road,    Suite 1045,
                 Fort Lauderdale, FL 33309-2191
94034473       +Cleveland Clinic,    2049 E 100th St,    Cleveland, OH 44106-2104
94004896       +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
94034474       +Imperial Point Medical Center,    201 E Sample Rd,    Pompano Beach, FL 33064-3502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: FLDEPREV.COM Nov 20 2017 23:53:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallahassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Nov 21 2017 00:22:37      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
94034475       +E-mail/Text: bkteam@selenefinance.com Nov 21 2017 00:22:02       Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
94004897       +EDI: WFFC.COM Nov 21 2017 00:03:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                                TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Connie J Delisser, Esq.    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               cdelisser@mlg-defaultlaw.com,    mlgfl-bk@mlg-defaultlaw.com
              Emil  Fleysher    on behalf of Debtor Heliodoro  Garcia efleysher@fleysherlaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                                TOTAL: 4
```

**CGFD43** (10/01/16)



ORDERED in the Southern District of Florida on November 20, 2017

Raymond B Ray
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17−14474−RBR
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Heliodoro Garcia
4821 NE 4th Ave.
Fort Lauderdale, FL 33334

SSN: xxx−xx−5434

## ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE

This case came before the court for confirmation of a proposed chapter 13 plan. Based on the record, it is

**ORDERED** as follows:

1. Confirmation of the proposed chapter 13 plan is denied.

2. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

*Page 1 of 2*

3. All pending motions are denied as moot.

4. The trustee shall file a final report prior to the administrative closing of the case.

5. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

7. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

### # # #

*Page 2 of 2*